■ NATHAN SCHWARTZ, Respondent, v. COMPANIA AZUCARERA VERTIENTES-CAMAGUEY DE CUBA, Appellant.— Motion for a stay of all proceedings pending appeal, denied, without costs. On the court's own motion, the appeal is ordered on the calendar for the October 1960 Term, beginning October 3, 1960. The

appeal will be heard on the original papers and on printed briefs. Kleinfeld, Christ and Brennan, JJ., concur; Beldock, Acting P. J., dissents and votes to grant the motion for a stay. Ughetta, J., not voting.